then found in favor of Kamin and against Sears, which I believe is error, not only on the facts which were determined in the Alabama case, but on the law which estopped him from hearing the merits.

It follows that a summary judgment should have been entered on behalf of Sears, against Kamin, for the amount of the judgment entered in Alabama, namely $17,500. It was stipulated here in the trial court that the expenses to defend that case were $2,500; that the judgment, interest and costs paid by Sears were $22,663.90; that additional fees and costs of the appeal to the Alabama Supreme Court were $3,352.64, making a total of $28,516.54, and judgment should have been entered for Sears in that amount.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIE WALTON, Defendant-Appellant.

(No. 54740;

First District—May 19, 1972.

Opinion by Mr. JUSTICE DRUCKER.

Gerald W. Getty, Public Defender, of Chicago, (Ronald P. Katz and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and James M. Simpson, Assistant State's Attorneys, of counsel,) for the People.